# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

159155

STEVEN R. LILLY,
          Plaintiff-Appellee,

v

GRAND TRUNK WESTERN RAILROAD
COMPANY,
          Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159155
COA: 338677
Wayne CC: 16-001908-NO

On order of the Court, the application for leave to appeal the January 17, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019

Clerk

b1023